# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

KORTEZ LAMONT BLACKMON,

Plaintiff(s),

v.

BMJ INVESTMENT GROUP c/o BRIAN PLOSZAK, et al.,

Defendant(s).

Case No. 18 CV 6204
Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff's motion for leave to proceed in forma pauperis [4] is denied, and this action is dismissed for lack of federal jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Ronald A. Guzman on a motion.

Date: 9/17/2018                    Thomas G. Bruton, Clerk of Court

                                   s/Imelda Saccomonto , Deputy Clerk